UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAISY PIMENTEL

                      Plaintiff,                    21 **CIVIL** 01896(PGG)(JW)

      -v-                                      **<u>JUDGMENT</u>**

KILOLO KIJAZAKI,
COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that the final decision of the Commissioner of Social Security ("Commissioner") be reversed and the above-captioned action be remanded under sentence four of 42 U.S.C. §405(g). Section 405(g) provides that the Court has the power "to enter, upon the pleadings and transcript of record, a judgment affirming, modifying or reversing the decision of the [Commissioner], with or without remanding the cause for a rehearing." As further set forth in this Order. Due to the nature of this motion, no supporting Memorandum is necessary. The parties further consent to the Court's entry of a final order. For the foregoing reasons, the Commissioner requests that this Court enter an Order and Judgment reversing the Commissioner's decision and remanding this case to the Commissioner for additional administrative proceedings, as described above.

**Dated:**  New York, New York

       June 6, 2022

                                                                   **RUBY J. KRAJICK**

                                                                            Clerk of Court

                                    **BY:**

                                                                            Deputy Clerk